UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Rodriguez    Case NO.: 16-_____
Last Four Digits of SS#    0054

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 375.00 _____ for months __1__ to __36__ ;
B.    $ _____ for months _____ to _____ :
C.    $ _____ for months _____ to _____ : in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs - $3650.00    PAID $ 800.00
Balance Due        $ 2850.00    payable $ 316.67 /month (Months 1 to 9)

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.
    Address:                Arrears Payment $_____/month (Months ____ to ____)
                            Regular Payment $_____/month (Months ____ to ____)
    Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due    $_____
                             Payable      $_____/month (Months ____ to ____) & $_____/month (Months ____ to ____).
                             Regular Payment $_____

Unsecured Creditors:    Pay $ 20.83 /month (Months __1__ to __9__ ) & pay $ 337.50 month(months 10 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions: CENLAR/Central Loan Admin & Reporting for mortgage to be treated outside the plan.

_____
Debtor
Date: 11/17/16

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, P.A., attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*