UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ ____Third_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Rodriguez   Case NO.: 16-25111-RAM
Last Four Digits of SS# 0054

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A.   $ 375.00     for months  1  to  36  ;
B.   $_____  for months _____ to _____ ;
C.   $_____  for months _____ to _____ ; in order to pay the following creditors:

Administrative:   Attorney's Fees and Costs - $3650.00    PAID $ 800.00
Balance Due       $ 2850.00        payable $ 316.67 /month (Months 1 to 9 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.
  Address:            Arrears Payment $_____/month (Months ____ to ____)
                      Regular Payment $_____/month (Months ____ to ____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.

Unsecured Creditors:   Pay $ 20.83 /month (Months 1 to 9) & pay $ 337.50 month(months 10 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions: CENLAR/Central Loan Admin & Reporting for mortgage to be treated outside the plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 5% over the previous year's income.

  /s/ Mary Reyes, Esq.
For the Debtor
Date: 2/23/2017

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*